Case 1:07-cv-06196-VM    Document 3    Filed 07/17/2007    Page 1 of 1

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CV6196                                                                 Purchased/Filed: July 3, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

*The New York City District Council of Carpenters Pension Fund, et al*                Plaintiff

against

*McFay Contracting, Inc.*                                                            Defendant

STATE OF NEW YORK        SS.:
COUNTY OF ALBANY

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___July 10, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____McFay Contracting, Inc._____, the Defendant in this action, by delivering to and leaving with _____Charee Hendricks_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___43___    Approx. Wt: ___175___    Approx. Ht: ___5'10"___
Color of skin: ___Black___    Hair color: ___Black___    Sex: ___F___    Other: _____

Sworn to before me on this

___13th___ day of _____July, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0705906

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**